# ELECTRONIC RECORD

COA # 02-14-00237-CR            OFFENSE: 22.04

STYLE: Shaun Ray Mullinax v. The State of Texas            COUNTY: Wise

COA DISPOSITION: AFFIRMED            TRIAL COURT: 271st District Court

DATE: 05/28/15            Publish: NO    TC CASE #: CR17033

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Shaun Ray Mullinax v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 11/04/2015

JUDGE: Per Curiam

CCA #: 792-15

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____        PC: _____

PUBLISH: _____        DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD